CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 01-382 JMR |
| v. | ) | |
| | ) | |
| DAMON B. HOLLAND, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on 2/28/05, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Applebees Restaurant
4551 West 107th Street
Suite 100
Overland Park, KS 66207

Damon B. Holland
430 Park Meadows
Apartment #102
Waite Park, MN 56387

s/Stacey E. Kulevich
STACEY E. KULEVICH