# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 21-MAR-2005 FOR: 2002Z00072/001 PAGE: 1 OF 2

DEBTOR: Holland, Damon B.
COURT NUMBER: 01-382 JMR
CURRENT LIABILITY BALANCE: $0.00

PRIORITY CODE: 02

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 3 | 25-FEB-2002 | OT/A | Clerk of court | | 400 255128 | $50.00 | 25-FEB-2002 |
| 0003 | PMNT | 3 | 03-JUL-2002 | OT/A | Holland | | 400259157 | $120.00 | 03-JUL-2002 |
| 0004 | PMNT | 3 | 18-FEB-2003 | OT/A | Apple American | | 400265218 | $30.19 | 19-FEB-2003 |
| 0007 | PMNT | 3 | 17-MAR-2003 | OT/A | Apple American | | 400265768 | $16.05 | 17-MAR-2003 |
| 0008 | PMNT | 3 | 31-MAR-2003 | OT/A | Apple American | | 400266041 | $5.51 | 01-APR-2003 |
| 0009 | PMNT | 3 | 29-AUG-2003 | GC/H | Apple American Lmtd | | 400269154 | $217.88 | 29-AUG-2003 |
| 0011 | PMNT | 3 | 21-NOV-2003 | CL/A | apple American Ltd | | 400270919 | $23.91 | 21-NOV-2003 |
| 0012 | PMNT | 3 | 05-DEC-2003 | GC/H | Apple American Ltd | | 400271135 | $13.59 | 05-DEC-2003 |
| 0014 | PMNT | 3 | 19-DEC-2003 | GC/H | Apple America | | 400271429 | $66.88 | 19-DEC-2003 |
| 0015 | PMNT | 3 | 02-JAN-2004 | CL/A | Holland | | 700430027 | $5.10 | 06-JAN-2004 |
| 0016 | PMNT | 3 | 16-JAN-2004 | GC/H | Apple American Lmt'd | | 400272077 | $25.49 | 16-JAN-2004 |
| 0017 | PMNT | 3 | 30-JAN-2004 | GC/H | Apple American Ltd | | 300144039 | $39.84 | 02-FEB-2004 |
| 0018 | PMNT | 3 | 27-FEB-2004 | GC/H | Apple American | | 400272746 | $22.93 | 27-FEB-2004 |
| 0019 | PMNT | 3 | 11-MAR-2004 | GC/H | Apple American | | 400273008 | $12.63 | 12-MAR-2004 |
| 0019 | PMNT | 9 | 11-MAR-2004 | GC/H | Apple American | | 400273008 | $5.02 | 12-MAR-2004 |
| 0020 | PMNT | 9 | 26-MAR-2004 | GC/H | Apple American | | 400273267 | $21.31 | 30-MAR-2004 |
| 0021 | PMNT | 9 | 23-APR-2004 | GC/H | Apple American | | 400273873 | $5.22 | 23-APR-2004 |
| 0022 | PMNT | 9 | 06-MAY-2004 | GC/H | Apple American | | 400274074 | $1.60 | 06-MAY-2004 |
| 0023 | PMNT | 9 | 21-MAY-2004 | GC/H | Apple American | | 400274432 | $28.64 | 21-MAY-2004 |
| 0024 | PMNT | 9 | 18-JUN-2004 | GC/H | Apple American | | 400274911 | $20.70 | 18-JUN-2004 |
| 0025 | PMNT | 9 | 12-JUL-2004 | GC/H | Apple American | | 400275286 | $7.01 | 13-JUL-2004 |
| 0026 | PMNT | 9 | 16-JUL-2004 | GC/H | Apple American | | 400275579 | $6.18 | 16-JUL-2004 |
| 0027 | PMNT | 9 | 24-SEP-2004 | GC/H | Apple American | | 400276874 | $0.79 | 24-SEP-2004 |
| 0028 | PMNT | 9 | 04-JUN-2004 | CL/A | Holland | | 7004318260 | $30.06 | 01-MAR-2005 |
| 0030 | PMNT | 9 | 17-MAR-2005 | CL/A | ALL SERVICES INC | | 17 MAR 200 | $35.97 | 21-MAR-2005 |

Total Payments for Debtor: $812.50