# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) CRIMINAL NO. 01-382 JMR
DAMON B. HOLLAND, )
Defendant. )

I hereby certify that on 3/22/05, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Damon Holland
XXX XXXX XXXXXXX
XXXXXXXXX XXXX
Waite Park, MN 56387

Applebees Restaurant
XXXX XXXX XXXXX XXXXXX
XXXXX XXX
Overland Park, KS 66207

s/Stacey E. Kulevich
STACEY E. KULEVICH