UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-382(JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| DAMON BRADLEY HOLLAND, Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

01-382

Defendant Name

Damon Bradley Holland

Add AUSA

LeeAnn K. Bell

Dated: September 11, 2006

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney